# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brittany Marcela Wren**<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-07521MJ |

Complaint for violation of Title 21, United States Code, Sections 841 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about July 24, 2019, at or near Douglas, in the District of Arizona, **Brittany Marcela Wren** did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 30.5 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

<u>Count 2</u>: On or about July 24, 2019, at or near Douglas, in District of Arizona, **Brittany Marcela Wren** did knowingly and intentionally possess a quantity of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 24, 2019, Brittany Marcela WREN applied for entry into the United States via the Douglas, Arizona Port of Entry (POE). WREN was the driver and sole occupant of a 2005 Chevrolet Malibu bearing an Arizona license plate. The vehicle was registered to WREN's father. During primary inspection, a Customs and Border Protection (CBP) officer noticed that the floorboards were lumpy. When the CBP officer tapped on the floorboards it did not sound hollow. The vehicle was then referred for secondary inspection.

During secondary, CBP officers discovered 60 packages concealed within the vehicles floor, doors, rear quarter panels and the rear deck behind the seats. The packages contained a green leafy substance which field tested positive for marijuana. The total approximate weight of the packages was 30.5 kilograms.

After waiving her *Miranda* rights, WREN stated that she had unknowingly smuggled drugs through the POE two previous times. WREN stated that her boyfriend was a drug smuggler who used her unwittingly to smuggle drugs through the POE. WREN stated her boyfriend would call her after she made entry into the United States and tell her that there were drugs in her vehicle and instruct her how to distribute the drugs. WREN stated she had delivered drugs to Phoenix and to Tucson on two previous events. When asked why she did not call the police once she learned her vehicle contained drugs, WREN stated she did not want her boyfriend to get into trouble. WREN further stated that her boyfriend received $3,000 for payment of the Phoenix drug delivery and he told her that they would save the money for their future house.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HNS/ts<br>AUTHORIZED AUSA Heather Siegele | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>SA |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE M. Rateau | DATE<br>July 25, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54